# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:23-CV-00337-CHL

**SUZANNE WILLIAMS,**                                                                 **Plaintiff,**

v.

**COMMISSIONER OF SOCIAL SECURITY,**                                    **Defendant.**

## JUDGMENT

In accordance with the Court's order entered this date, IT IS HEREBY ORDERED AND ADJUDGED as follows:

(1)  The final decision of the Commissioner is **REVERSED**.

(2)  Judgment is entered in favor of the Plaintiff.

(3)  This matter is **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), to the Commissioner for further proceedings.

(4)  This is a **FINAL** judgment, there being no just reason for delay, and this matter is **STRICKEN** from the active docket of the Court.

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

December 18, 2023